UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERTO VACA-FLORES,<br><br>　　　　Defendant. | Case No: CR 97-40124 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 19 |

On April 4, 2011, Defendant filed a motion for remission of fine. Dkt. 19. To expedite this matter, the Court directs the Government to file a response to Defendant's motion. Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's motion (Dkt. 19) by no later than April 22, 2011. This matter will thereafter be taken under submission.

IT IS SO ORDERED.

Dated: April 6, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge