1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
4  JUAN D. WALKER (SBN 208008)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California  94102
   Telephone: (415) 436-6970
7  Facsimile:  (415) 436-6748

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  UNITED STATES OF AMERICA,              )
                                           )  Case No.:  4:97CR40124-001 SBA
13                      Plaintiff,         )
                                           )
14              v.                         )
                                           )
15  ROBERTO VACA-FLORES,                   )
                                           )
16                      Defendant.         )  **ORDER REMITTING FINE**
                                           )
17

18       Upon petition of the United States of America, and for good cause shown,

19       IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

20  3573, the unpaid portion of the fine imposed against the defendant in the amount of $1,180.00,

    accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.
21

22

23
    Dated:  _9/6/11                    _____
24                                     SAUNDRA B. ARMSTRONG
                                       United States District Court Judge
25

26

27

28